■ In the Matter of the Claim of CYNTHIA MARTIN, Appellant. JOHN E. SWEENEY, as Commissioner of Labor, Respondent. [640 NYS2d 300] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 26, 1995, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Claimant, a secretary, was terminated from her employment after she yelled at a co-worker during an argument. The Board denied her application for unemployment insurance benefits, finding that she was terminated for misconduct. We find that the Board's decision is supported by substantial evidence. Claimant received three prior warnings regarding her disruptive behavior, but continued to engage in such behavior during the incident in question. She became loud and disruptive despite her supervisor's attempt to calm her. Consequently, we find no reason to disturb the Board's decision.

Cardona, P. J., Mikoll, Mercure, Casey and Spain, JJ., concur. Ordered that the decision is affirmed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW SIMS, Appellant, v DANIEL SENKOWSKI, as Superintendent of Clinton Correctional Facility, Respondent. [640 NYS2d 820] —Appeal from a judgment of the Supreme Court (Lewis, J.), entered June 15, 1995 in Clinton County, which denied petitioner's application for a writ of habeas corpus, in proceeding pursuant to CPLR article 70, without a hearing.

Upon being convicted of the crime of criminal possession of a weapon in the third degree, petitioner was sentenced as a persistent felony offender to a term of 10 years to life in prison. He commenced this habeas corpus proceeding challenging his sentence as illegal on the ground that he should not have been sentenced as a persistent felony offender. Inasmuch as petitioner's argument could have been raised on direct appeal or via a CPL article 440 motion, we agree with Supreme Court that habeas corpus is not an appropriate remedy (see, People ex rel. McGourty v Senkowski, 213 AD2d 954, lv denied 85 NY2d 812; People ex rel. Cotton v Senkowski, 187 AD2d 850, lv denied 81 NY2d 703). Accordingly, we affirm Supreme Court's judgment.

Mikoll, J. P., Crew III, Casey, Peters and Spain, JJ., concur. Ordered that the judgment is affirmed, without costs.